UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,              :
                 :
      -v-                 :      17-CR-662-01 (PAE)
                 :
SIRA ABASSI,                       :      <u>SCHEDULING ORDER</u>
                 :
          Defendant.       :
                 :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **October 27, 2020** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                          PAUL A. ENGELMAYER
                                          United States District Judge