UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                      -v-                                         :          17-CR-662-01 (PAE)
                                                                  :
SIRA ABASSI,                                                      :          SCHEDULING ORDER
                                                                  :
                             Defendant.                           :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court previously scheduled a telephonic conference in this case for **October 27,**

**2020**.  That conference is hereby rescheduled for **November 12, 2020** at **10:30 a.m.** The parties

are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19,

available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the

parties should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.


Dated: October 20, 2020                          _____
       New York, New York                               PAUL A. ENGELMAYER
                                                         United States District Judge