UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :

                             :

         -v-                 :           17-CR-662-01 (PAE)

                             :

SIRA ABASSI,                 :          <u>SCHEDULING ORDER</u>

                             :

              Defendant.      :

                             :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **December 2, 2020** at **3:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: November 12, 2020
      New York, New York

                                PAUL A. ENGELMAYER
                                United States District Judge