UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SIRA ABASSI,

Defendant.

17-CR-662-01 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On November 12, 2020, the Court held a conference regarding defendant Sira Abassi's alleged non-compliance with various conditions of supervised release. As stated on the record, and at the defense's request, the defendant's address of record with the Probation Office is hereby changed from her mother's residence to her grandmother's residence. The defendant must spend every night at her grandmother's residence -- unless she obtains advance approval from the Court, after conferring with both the Probation Office and the Government. In addition, within 24 hours of the issuance of this Order, the defendant must provide the Probation Office with the address of her grandmother's residence. Finally, the defendant shall immediately inform the Probation Office once she has moved to her grandmother's residence.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2020
       New York, New York