UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SIRA ABASSI,

Defendant.

17-CR-662-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As stated on the record at today's conference, the defendant's conditions of supervised release are hereby modified as follows: The defendant shall be subject to home detention (at her mother's residence, located at 231-12 57th Avenue, Queens, New York 11364), enforced by GPS monitoring.

For avoidance of doubt, the defendant is restricted to this residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the supervising Probation Officer. The defendant shall also abide by all technology requirements associated with GPS monitoring.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 2, 2020
       New York, New York