UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :      17-CR-662-01 (PAE)
                                                                        :
SIRI ABASSI,                                                            :      <u>SCHEDULING ORDER</u>
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **January 19, 2021** at **3:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

*[Signature: Paul A. Engelmayer]*

Dated: January 14, 2021
       New York, New York

          PAUL A. ENGELMAYER
          United States District Judge