UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
      -v-                                        :     17-CR-662-01 (PAE)
:
SIRI ABASSI,                                    :     SCHEDULING ORDER
:
      Defendant.                                :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **January 21, 2021** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                                                *Paul A. Engelmayer*
Dated: January 19, 2021                          PAUL A. ENGELMAYER
       New York, New York                      United States District Judge