UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SIRA ABASSI,

                          Defendant.

17-CR-662-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As stated on the record at sentencing, the defendant's previously imposed conditions of supervised release shall continue, in full, until she surrenders to serve her 3-month sentence on or before April 14, 2021, at 2:00 p.m.  Accordingly, and among other conditions, the defendant shall continue to be subject to home detention (at her mother's residence, located at 231-12 57th Avenue, Queens, New York 11364), enforced by GPS monitoring.

For avoidance of doubt, the defendant is restricted to this residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the supervising Probation Officer.  The defendant shall also abide by all technology requirements associated with GPS monitoring.

Finally, on the same day that the defendant reports to serve her sentence, she shall first report to the U.S. Probation Office in order to remove and return the location-monitoring device.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 16, 2021
       New York, New York