UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SIRI ABASSI,<br><br>                    Defendant. | 17-CR-662-01 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

IT IS HEREBY ORDERED that the defendant, Sira Abassi, will serve a period of four (4) months Home Detention, to be monitored by Global Positioning Satellite (GPS) technology. The defendant will be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as pre-approved by the Probation Department.

IT IS FURTHER HEREBY ORDERED that the defendant shall contribute to the costs of monitoring, based on her ability to pay, as determined by the Probation Department. The defendant shall disclose all financial information and documents to the Probation Department to assess her ability to pay.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2021
       New York, New York